IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JAMES BROUGHTON,** | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No. 2:20-CV-00728-AKK |
| v. | ) |
| | ) |
| **LIFE INSURANCE COMPANY** | ) |
| **OF NORTH AMERICA; OPTIV** | ) |
| **SECURITY LIFE AND DISABILITY** | ) |
| **PLAN; OPTIV SECURITY INC.,** | ) |
| | ) |
| **Defendants.** | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, James Broughton ("Plaintiff"), and Defendants Life Insurance Company of North America, Optiv Security Life and Disability Plan and Optiv Security Inc. (collectively, "Defendants"), by and through their undersigned counsel, and agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice against Defendants with each party to bear its own costs.

Dated this 11th day of January, 2021.

| | |
|---|---|
| LEWIS & FELDMAN, LLC | MAYNARD, COOPER & GALE, P.C. |
| By: *s/ Jon E. Lewis* _____ | By: *s/ Grace R. Murphy* _____ |
| The Magnolia Office Plaza Building | Grace Robinson Murphy |
| 2112 11th Avenue South, Suite 542 | William B. Wahlheim, Jr. |
| Birmingham, AL 35205 | 1901 Sixth Avenue North, Suite 1700 |
| Attorney for Plaintiff | Birmingham, AL 35203-2618 |
| | Attorneys for Defendants |