FILED
2021 Jan-15 AM 08:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JAMES BROUGHTON** | )<br>)<br>) |
| **Plaintiff,** | )<br>) Civil Action Number |
| vs. | ) **2:20-cv-00728-AKK** |
| **LIFE INSURANCE COMPANY OF NORTH AMERICA; et al.,** | )<br>)<br>)<br>) |
| **Defendants.** | ) |

## ORDER

Consistent with the joint stipulation of dismissal with prejudice, doc. 14, this action is **DISMISSED WITH PREJUDICE**. Costs taxed as paid.

**DONE** the 15th day of January, 2021.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE